UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WOLSTENHOLME,

                        Plaintiff(s),

           -against-

HIRST,

                        Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

16 civ 4385 (JGK)

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Monday, September 19, 2016,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                         Don Fletcher
                                                Courtroom Case Manager

Dated: New York, New York
         July 18, 2016

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2016
```