**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
Fax: (702) 382-1661

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 7-19-16

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN WOLSTENHOLME, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DAMIEN HIRST, an individual; and OTHER CRITERIA (US), LLC, a limited liability company, <br><br> Defendants. | CASE NO. 1:16-cv-4385 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of JOHN L. KRIEGER ("Applicant"), for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the states of Nevada and California; and that his contact information is as follows:

> John L. Krieger
> Dickinson Wright PLLC
> 8363 West Sunset Road, Suite 200
> Las Vegas, Nevada 89113-2210
> Tel: (702) 382-4002
> Fax: (702) 382-1661

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for COLLEEN WOLSTENHOLME in the above entitled action;

/ / /

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: ___7/18/16___                    _____
                                         UNITED STATES DISTRICT JUDGE