

8363 WEST SUNSET ROAD, SUITE 200
LAS VEGAS, NV 89113-2210
TELEPHONE (702) 550-4400
FACSIMILE (844) 670-6009
http://www.dickinsonwright.com

JOHN L. KRIEGER
JKRIEGER@DICKINSONWRIGHT.COM
(702) 550-4439

September 12, 2016

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street #1030
New York, NY 10007

Re:  *Wolstenholme v. Hirst et al.*
     Case No. 1:16-cv-04385-JGK

Dear Judge Koeltl:

*Adjourned to Monday, October 24, 2016, at 4:30pm.
SO ORDERED.
9/13/16                   USDJ*

I write to request a brief continuance of the pretrial conference currently scheduled for September 19, 2016. Plaintiff has not officially served the Defendants in this matter and is in the process of exploring settlement options. The deadline in which to serve the Complaint is October 10, 2016. As such, Plaintiff seeks a brief continuance of the pretrial conference to a date convenient to the Court's calendar in October.

Respectfully,

John L. Krieger

JLK:bjd
LVEGAS 49087-1 83953v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/13/16

ARIZONA     FLORIDA     KENTUCKY     MICHIGAN     NEVADA
     OHIO          TENNESSEE     TEXAS     TORONTO     WASHINGTON DC