UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN WOLSTENHOLME,<br><br>             Plaintiff,<br><br>      - against -<br><br>DAMIEN HIRST and OTHER CRITERIA (US), LLC,<br><br>             Defendants. | Case No. 1:16-cv-04385-JGK<br><br><br>**NOTICE OF APPEARANCE** |

To:    The clerk of this court and all parties of record:

I certify that I am admitted to practice in this court, and I appear in this case as counsel for: Defendant Other Criteria (US), LLC.

Dated:  New York, New York
        October 5, 2016

/s/ Dale M. Cendali
Dale M. Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com

Attorney for Defendant
Other Criteria (US), LLC